IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRUMAN STALIN ALVAREZ, #257455  \*
Petitioner                       \*
                                 \*
v.                               \*   Civil Action No. WDQ-06-1653
                                 \*
JAMES SMITH, Warden, et al.      \*
Respondents                      \*

oOo
**MEMORANDUM**

On November 3, 2006, the Court dismissed the above-captioned 28 U.S.C § 2254 habeas corpus petition as time-barred. On November 11, 2006, Petitioner pro se filed a Motion for Rehearing and Reply to the Supplemental Response to the Petition. Paper No. 17. The Court has reviewed the Reply to the Supplemental Response and finds no cause to apply principles of equitable tolling or to otherwise disturb its decision to dismiss this case as untimely. Accordingly, a separate Order shall issue, denying the Motion for Rehearing.

11/28/06
_____
Date

_____
William D. Quarles, Jr.
United States District Judge